IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARY LOMBARDI )
)
v. ) NO. 1:06-0072
) JUDGE CAMPBELL
CITY OF CORNERSVILLE, TN )

ORDER

Pending before the Court is Counter-Defendant's Motion to Dismiss Counterclaim (Docket No. 15). For the reasons stated in the accompanying Memorandum, the Motion to Dismiss Counterclaim is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE